

**MARK DAVID SHIRIAN P.C.**
ATTORNEYS AT LAW

MARK DAVID SHIRIAN P.C.

228 East 45ᵀᴴ Street, Suite 1700-B
New York, NY 10017
Tel: (212) 931-6530
Fax: (212) 898-0163
www.shirianpc.com

MARK D. SHIRIAN
mshirian@shirianpc.com

October 9, 2023

**Via ECF and Electronic Mail**
Jennifer E. Willis, United States Magistrate Judge
United States District Court
Southern District of New York
400 Foley Square
New York, NY 10007

        Re: Tzur v. Henkel of America, Inc. et al
        Civil Case No.: 1:23-cv-02923

Dear Judge Willis:

    I represent Plaintiff in the above referenced matter. Defendants are represented by Philip O'Rourke. I write on behalf of the Plaintiff to respectfully request an adjournment of this settlement conference that is presently scheduled for tomorrow. I request this adjournment because Plaintiff was in Israel at the time of the attacks and is not in any condition to participate in this conference, although she has safely landed in New York. The Defendants consent to this request for an adjournment.

    Thank you for your consideration of this matter.

        Respectfully submitted,

        Mark D. Shirian

Cc: All Parties (via ECF service)

---

This request is GRANTED. The Parties should follow the same procedure detailed at Dkt. No. 18 to propose a new date for the conference. SO ORDERED.

_____
Jennifer E. Willis
United States Magistrate Judge

October 10, 2023