

**MARK DAVID SHIRIAN P.C.**
ATTORNEYS AT LAW

MARK DAVID SHIRIAN P.C.

228 EAST 45TH STREET, SUITE 1700-B
NEW YORK, NY 10017
TEL: (212) 931-6530
FAX: (212) 898-0163
WWW.SHIRIANPC.COM

MARK D. SHIRIAN
MSHIRIAN@SHIRIANPC.COM

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
United States District Judge

The requested extension of time to respond to Defendants' motions to dismiss until **December 19, 2023** is GRANTED.  The requested extension of time for Defendants to reply to Plaintiff's response until **January 2, 2024** is GRANTED.  The Initial Pretrial Conference is adjourned to **January 9, 2024** at 11:30 a.m. in Courtroom 20B.

Dated: October 23, 2023
       New York, New York

October 22, 2023

<u>VIA CM/ECF</u>
Hon. Jennifer L. Rochon, U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: Tzur v. Henkel of America, Inc. et al
Civil Case No.: 1:23-cv-02923

Dear Judge Rochon:

My office represents Plaintiff Mira Tzur. I write to respectfully request an extension of time from October 24, 2023 to December 19, 2023 in order respond to Defendants' motions to dismiss (Document Nos. 19 and 21), which is presently due on October 24, 2023. I make this request because the parties were scheduled to appear for a settlement conference on October 10, 2023 before Magistrate Judge Jennifer E. Willis. However, this settlement conference was postponed and the parties are working on finding mutually-agreeable dates for a new date. The Defendants do not object to this request. Additionally, the Defendants respectfully request two weeks to submit replies, which would be due on January 2, 2024. The Plaintiff does not object to this request.

Additionally, the parties are scheduled to appear for an Initial Pretrial Conference on November 14, 2023. The parties respectfully request an adjournment of the Initial Pretrial Conference, in light of Defendants' motions to dismiss, which are presently pending.

Thank You for Your consideration of this request.

Respectfully submitted,

Mark D. Shirian

cc:   All attorneys of record (via ECF service)