

**MARK DAVID SHIRIAN P.C.**
ATTORNEYS AT LAW

MARK DAVID SHIRIAN P.C.

228 East 45th Street, Suite 1700-B
New York, NY 10017
Tel: (212) 931-6530
Fax: (212) 898-0163
www.shirianpc.com

MARK D. SHIRIAN
mshirian@shirianpc.com

December 7, 2023

<u>**VIA CM/ECF**</u>

Hon. Jennifer L. Rochon, U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: Tzur v. Henkel of America, Inc. et al
Civil Case No.: 1:23-cv-02923

Dear Judge Rochon:

My office represents Plaintiff Mira Tzur. I write to respectfully request an extension of time from December 19, 2023 to March 7, 2024, in order respond to Defendants' motions to dismiss (Document Nos. 19 and 21), which are presently due on December 19, 2023. I make this request because the parties are scheduled to appear for a settlement conference on February 22, 2024 before Magistrate Judge Jennifer E. Willis. The Defendants do not object to this request. Additionally, the Defendants respectfully request two weeks to submit replies, which would be due on March 21, 2024. The Plaintiff does not object to this request.

Additionally, the parties are scheduled to appear for an Initial Pretrial Conference on January 9, 2024. The parties respectfully request an adjournment of the Initial Pretrial Conference, in light of Defendants' motions to dismiss, which are presently pending.

Thank You for Your consideration of this request.

Respectfully submitted,

Mark D. Shirian

cc: All attorneys of record (via ECF service)

---

Given this request for a lengthy extension and to provide time for the settlement discussions, the Court will deny the motion for judgment on the pleadings (ECF No. 19) and the motion to dismiss (ECF No. 21) without prejudice to refiling the motions on March 7, 2024. The request to adjourn the initial pretrial conference is GRANTED and it shall be rescheduled if the matter is not settled.

SO ORDERED.

Dated: December 8, 2023
New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge