

**MARK DAVID SHIRIAN P.C.**
ATTORNEYS AT LAW

MARK DAVID SHIRIAN P.C.

228 East 45th Street, Suite 1700-B
New York, NY 10017
Tel: (212) 931- 6530
Fax: (212) 898 - 0163
www.shirianpc.com

MARK D. SHIRIAN
mshirian@shirianpc.com

March 22, 2024

*VIA CM/ECF*
Hon. Jennifer L. Rochon, U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> The requested extension of time to move to reopen the case until **April 25, 2024**, is GRANTED.
>
> Dated: March 22, 2024
> New York, New York
>
> **SO ORDERED.**
>
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: Tzur v. Henkel of America, Inc. et al
Civil Case No.: 1:23-cv-02923

Dear Judge Rochon:

      My office represents Plaintiff Mira Tzur. I respectfully write pursuant to Your Honor's Order of Dismissal dated February 27, 2024 in order to request a 30-day extension with respect to the right to reopen the action from the current deadline of March 26, 2024 to April 25, 2024. The parties are in the process of finalizing the settlement agreement. Plaintiff makes this request to ensure no parties would be prejudiced should any issues arise. I anticipate that 30 days will suffice. This is the Plaintiff's first application for an extension of the deadline to a stipulation of dismissal. The Defendants have indicated that they do not object to Plaintiff's instant application.

      Thank You for Your consideration of this request.

Respectfully submitted,

Mark D. Shirian

cc:    All attorneys of record (via ECF service)